[Cite as *Weston v. Unknown*, 2010-Ohio-4234.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JEFFREY A. WESTON

     Plaintiff

     v.

UNKNOWN

Case No. 2010-05331-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On March 26, 2010, this court issued a Return of Complaint Form/direction to Complete Form requiring plaintiff to file a corrected complaint naming an appropriate state entity as defendant or face dismissal of his case. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice. The court shall absorb the costs of this case.

 

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Jeffrey A. Weston
302 Circlewood Square
Apt. H
Asheville, North Carolina 28804

DRB/laa
Filed 5/5/10
Sent to S.C. reporter 9/2/10